UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA,

         - against -

MAXWELL RODRIGUEZ,

              Defendant.

22-CR-367 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

    As stated at today's conference, another conference shall be held on **January 24, 2023, at 11 a.m.**

    In order to assure the effective assistance of counsel, to allow the parties to discuss a potential disposition short of trial, to allow the Government to make discovery, and to allow the defendant to review that discovery and to decide what motions, if any, to make, the Court prospectively excludes the time from today, **October 20, 2022**, until **January 24, 2023**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: October 20, 2022
       New York, New York

                                    John G. Koeltl
                             United States District Judge